UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ANTONIO ALVARADO LUNA,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **WARDEN,** *in their official capacity* as Warden of the ERO Camp East Montana Detention Facility; **MARY DE ANDA-YBARRA,** *in her official capacity* as Field Office Director of the ICE El Paso Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; **TODD M. LYONS,** *in his official capacity* as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; **KRISTI NOEM,** *in her official capacity* as Secretary, U.S. Department of Homeland Security; and **PAMELA JO BONDI,** *in her official capacity* as Attorney General of the United States, | § § § § § § § § § § § § § § § § § § | **EP-25-CV-00565-DCG** |
| *Respondents*. | § § | |

## ORDER RESETTING HEARING DATE

The Court **AMENDS** its "Order to Show Cause" (ECF No. 2) **IN PART**. To accommodate the Court's schedule, the Court reschedules the December 10, 2025 show cause hearing to **Tuesday, December 9, 2025**, at **9:00 a.m. Mountain Time**.

In all other respects, the Court's Order to Show Cause **SHALL REMAIN UNCHANGED**.

The Clerk of Court **SHALL FURNISH** the Office of the United States Attorney in El Paso, Texas with a copy of this Order.

**So ORDERED and SIGNED this 25th day of November 2025.**

*[signature]*

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**