UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ANTONIO ALVARADO LUNA,** § <br> § <br> *Petitioner*, § <br> § <br> **v.** § <br> § <br> **WARDEN,** *in their official capacity* as Warden of the ERO Camp East Montana Detention Facility; **MARY DE ANDA-YBARRA,** *in her official capacity* as Field Office Director of the ICE El Paso Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; **TODD M. LYONS,** *in his official capacity* as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; **KRISTI NOEM,** *in her official capacity* as Secretary, U.S. Department of Homeland Security; and **PAMELA JO BONDI,** *in her official capacity* as Attorney General of the United States, § <br> § <br> *Respondents*. § | EP-25-CV-00565-DCG |

## ORDER REQUIRING SUPPLEMENTAL ADVISORY

On December 29, 2025, the Court granted Petitioner Antonio Alvarado Luna's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions by December 30, 2025:

1. release Petitioner from custody; and

2. notify the Court whether they had released Petitioner from custody.[1]

---

[1] *See* Order Grant Pet., ECF No. 10, at 22–23.

On December 30, 2025, Respondents advised the Court that Petitioner was "***being processed for*** release from custody [that day], December 30, 2025."[2]  It is unclear from Respondents' advisory, however, whether they actually released Petitioner.[3]

The Court therefore **ORDERS** that, **on or before January 9, 2026**, Respondents shall **NOTIFY** the Court whether they have released Petitioner from custody.

**So ORDERED and SIGNED this 5th day of January 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[2] *See* Resp'ts' Advisory, ECF No. 11 (emphasis added).

[3] *See id.*