UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ANTONIO ALVARADO LUNA,** § | | |
| § | | |
| *Petitioner*, § | | |
| v. § | | |
| § | | |
| **WARDEN,** *in their official capacity* as Warden of the ERO Camp East Montana Detention Facility; **MARY DE ANDA-YBARRA,** *in her official capacity* as Field Office Director of the ICE El Paso Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; **TODD M. LYONS,** *in his official capacity* as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; **KRISTI NOEM,** *in her official capacity* as Secretary, U.S. Department of Homeland Security; and **PAMELA JO BONDI,** *in her official capacity* as Attorney General of the United States, § § § § § § § § § § § § § § § § § | | **EP-25-CV-00565-DCG** |
| § | | |
| *Respondents*. § | | |

## ORDER CLOSING CASE

On December 29, 2025, the Court granted Petitioner Antonio Alvarado Luna's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions by December 30, 2025:

1. release Petitioner from custody; and

2. notify the Court whether they had released Petitioner from custody.[1]

---

[1] *See* Order Grant Pet., ECF No. 10, at 22–23.

On December 30, 2025, Respondents advised the Court that Petitioner was "being processed for release from custody [that day]."[2] The Court ordered Respondents to confirm whether they had released Petitioner from custody.[3] Respondents filed a Supplemental Status Report confirming that they had complied with the Court's Order by releasing Petitioner from custody on December 30, 2025.[4]

Now that Petitioner has obtained the habeas relief to which he is entitled, there appears to be nothing further for the Court to do in this case.

The Court therefore **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 8th day of January 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[2] *See* Status Rep., ECF No. 11.

[3] *See* Order Suppl. Rep., ECF No. 12, at 1–2.

[4] Suppl. Rep., ECF No. 13, at 1.